IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:15-cv-02728-JSM-TBM

Patricia Buccieri,

    Plaintiff,

v.

JP Recovery Services, Inc.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: September 22, 2016

                              Respectfully submitted,

                              s/Alex D. Weisberg
                              Alex D. Weisberg
                              FBN: 0566551
                              Weisberg Consumer Law Group, PA
                              5846 S. Flamingo Rd, Ste. 290
                              Cooper City, FL 33330
                              (954) 212-2184
                              (866) 577-0963 fax
                              aweisberg@afclaw.com
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2016, the foregoing was filed with the Court by means of the CM/ECF system which will send notice of electronic filing to all counsel of record.

s/ Alex D. Weisberg<br>
Alex D. Weisberg